IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-00575-WYD-BNB

GERALD DESKINS,

    Applicant,

v.

CARL ZENON, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    Applicant Gerald Deskins is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Fort Lyon, Colorado, Correctional Facility. Mr. Deskins has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an answer.

    I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide this Court with a full and complete record. Respondents must include transcripts and pleadings filed in both the trial court and the appellate courts, on direct appeal and in postconviction proceedings.

    I note that Applicant references to the Colorado criminal case that he is

challenging as Case No. 92-CR-135. Also, in several of the attached documents reference is made to Case No. 92-CR-135. Yet, in the Answer, Respondents state that state-court records for Applicant's state criminal case may be found in the Combined Courts of Garfield County under Case No. 92-CR-1755. Respondents are directed to determine the correct case number and, as stated above, assist in acquiring the state records for submission to this Court.

I also have reviewed Respondents' Answer as well as the attachments to the Answer. Respondents are directed to refile the attachments, provide an index of the attachments, tab each separate document and provide a number on the tab that corresponds to a description of the document as provided in the index. Respondents also are directed to identify each document in the index with a statement of what the document is, e.g. Answer Brief Direct Appeal-Deskins I. It is not clear what is meant by Deskins I, II, III, IV, and V or what the relevance is of the identified appendixes. Accordingly, it is

ORDERED that Respondents shall provide to this Court **within twenty (20) days from the date of the instant Order** the proper record of the state-court proceedings of Applicant's April 14, 1993, conviction, as described above. It is

FURTHER ORDERED that the Clerk's Office of the Combined Courts of Garfield County and the Colorado State Archives produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court. It is

FURTHER ORDERED that Respondents shall organize the attachments

provided with the Answer in the manner as described above, **within twenty days of the date of the instant Order**.

     Dated: November 17, 2005

                                 BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 Wiley Y. Daniel
                                 U. S. District Judge