IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00575-WYD

GERALD DESKINS,

    Applicant,

v.

CARL ZENON, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Daniel, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    Dated:  July 9, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge