**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 05-cv-00575-WYD

Gerald Deskins,

    Plaintiff(s),

v.

Carl Zenon, and The Attorney General of the State of Colorado,

    Defendant(s).

**ORDER RETURNING STATE COURT RECORD**

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 18th day of March, 2008.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        UNITED STATES DISTRICT JUDGE